JAMES STYLER, Respondent, *v.* THE LONG ISLAND RAILROAD COMPANY, Appellant.

(Argued January 31, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made March 23, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*William C. Beecher* for appellant.

*Isaac M. Kapper* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

JOHN L. HAMILTON et al., Respondents, *v.* JAMES J. COOGAN et al., Appellants.

Reported below, 7 Misc. Rep. 677.
(Argued January 31, 1896; decided February 18, 1896.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made April 2, 1894, which affirmed a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Isaac H. Maynard* for appellants.

*Abner C. Thomas* for respondents.

Judgment affirmed, with costs, on opinion below.
All concur.